APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v. ~~[struck through]~~ Debra Kirby
George Gibson

CASE NO.: 7:12CR100 Dft 4,5

DATE: 3/27/13

TYPE OF HEARING:

***

PARTIES:
1. Judge Ballou
2. Laura Rottenborn AUSA
3. Jack Gregory — Kirby
4. dft 4
5. dft 5
6. USPO — Mike Jerry
7.
8.
9.
10.

***

Recorded by: FTR/Ayersman

Time in Court: _____

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1113 | 1,3,4,5 | IA's for both Dfts 4 and 5 | | | | | | 4=.07 | 5=.06 |
| 1120 | | | | | | | | | |
| 1120 | 1,4,3 | Arr | for Dft 4 | | | | | 4=.04 | |
| 1121 | 2 | | | | | | | | |
| 1124 | | | | | | | | | |
| 1124 | 2,1 | Dtn both Dfts 4 and 5 | | | | | | 4=.05 | 5=.04 |
| | 1,4,5 | | | | | | | | |
| 1125 | 6,1 | | | | | | | | |
| 1127 | 1 | | | | | | | | |
| 1135 | | | | | | | | | |
| Recess | | | | | | | | | |

Kirby George
X employment
Andrew 7-7